UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

CASE NO.: 25-cv-03864

JOSE ALVARADO MEDINA PIMENTEL,
as Administrator of the Estate of ISABEL
CRISTINA MARTINEZ ALDANA, deceased,

      Plaintiff,

-v.-

AMERICAN AIRLINES, INC.; and PSA
AIRLINES, INC.,

      Defendants.
_____/

## PLAINTIFF'S RESPONSE TO ORDER TO SHOW CAUSE

      Plaintiff, Jose Alvarado Medina Pimentel, as Administrator of the Estate of Isabel Cristina Martinez Aldana, hereby responds to this Court's November 5, 2025, Order to Show Cause. Plaintiff notifies the Court that his case is related, pursuant to Local Civil Rule 40.5(a)(3)(ii) and (iii), to the matters of *Crafton v. American Airlines, Inc., et al.,* Case No. 1:25-cv-3382, and *Cully v. American Airlines, Inc., et al.*, Case No. 1:25-cv-3437, both pending before The Honorable Ana M. Reyes, United States District Judge for the U.S. District Court for the District of Columbia.

      Pursuant to Local Civil Rule 40.5(b), Plaintiff is serving a Notice of Designation of Related Civil Cases Pending on Defendants American Airlines, Inc. and PSA Airlines, Inc, along with a copy of the complaint. The Notice is attached as Exhibit "A," hereto.

Dated: November 10, 2025　　　　　　　　　Respectfully submitted,

　　　　　　　　　　　　　　　　　　　　　　/s/ *Fernando J. Alvarez-Perez*
　　　　　　　　　　　　　　　　　　　　　　Fernando J. Alvarez-Perez

D.C. Bar No. 1742911
**Gateway Litigation PLLC**
333 SE 2nd Avenue
Suite 2000
Miami, FL 33131
Tel: (786) 432-7717
Email: Fernando.ap@gatewaylit.com

and

Ricardo M. Martinez-Cid (application pending)
Florida Bar No.: 383988
Lea P. Bucciero (PHV – pending)
Florida Bar No.: 84763
Zachary S. Gorwitz (PHV – pending)
Florida Bar No.: 1025415
**PODHURST ORSECK, P.A.**
2525 Ponce de Leon, Suite 500
Coral Gables, FL 33134
Telephone: (305) 358-2800
Fax: (305) 358-2382

*Attorneys for Plaintiff*

## **CERTIFICATE OF SERVICE**

I hereby certify that a true and correct copy of the foregoing was served by e-mail on November 10, 2025, on all counsel or parties of record on the Service List below.

    /s/ *Fernando J. Alvarez-Perez*
Fernando J. Alvarez-Perez
D.C. Bar No. 1742911
**Gateway Litigation PLLC**
333 SE 2nd Avenue
Suite 2000
Miami, FL 33131
Tel: (786) 432-7717
Email: Fernando.ap@gatewaylit.com

## SERVICE LIST

| | |
|---|---|
| MATTHEW CULLY<br>Individually and as Personal Representative of the Estate of THOMAS P. CULLY, deceased \|<br>**Plaintiff** | Dane Hal Butswinkas<br>LEAD ATTORNEY;ATTORNEY TO BE NOTICED<br>WILLIAMS & CONNOLLY LLP<br>680 Maine Avenue Sw<br>Washington, DC 20024<br>USA<br>202-434-5110 Fax: 202-434-5029<br>Email:Dbutswinkas@wc.Com<br><br>Paloma Cipolla Moguilevsky<br>PRO HAC VICE;ATTORNEY TO BE NOTICED<br>WILLIAMS & CONNOLLY LLP<br>680 Maine Avenue Sw<br>Washington, DC 20024<br>USA<br>202-434-5701<br>Email:Pcipollamoguilevsky@wc.Com<br><br>Patrick Michael Regan<br>ATTORNEY TO BE NOTICED<br>REGAN ZAMBRI & LONG, PLLC<br>1919 M Street, Nw Suite 350<br>Washington, DC 20036<br>USA<br>(202) 463-3030 Fax: (202) 463-0667<br>Email:Pregan@reganfirm.Com<br><br>Attorneys for Plaintiff, Cully |
| **American Airlines** Inc.<br>**Defendant** | William F. Gould<br>LEAD ATTORNEY;ATTORNEY TO BE NOTICED<br>HOLLAND & KNIGHT LLP<br>1800 17th St., Nw 1100<br>Washington, DC 20006<br>USA<br>(202)570-0464<br>Email:William.Gould@hklaw.Com<br><br>Attorneys for American Airlines, Inc. |

| | |
|---|---|
| PSA Airlines, Inc.<br>**Defendant** | William F. Gould<br>LEAD ATTORNEY;ATTORNEY TO BE NOTICED<br>HOLLAND & KNIGHT LLP<br>1800 17th St., Nw 1100<br>Washington, DC 20006<br>USA<br>(202)570-0464<br>Email:William.Gould@hklaw.Com<br><br>Attorneys for PSA Airlines, Inc. |
| RACHEL CRAFTON<br>as Administratrix of the Estate of<br>CASEY CRAFTON \|<br>**Plaintiff** | Andrew J Maloney , III<br>LEAD ATTORNEY;ATTORNEY TO BE NOTICED<br>KREINDLER & KREINDLER LLP<br>750 3rd Ave Floor 32<br>New York, NY 10017<br>USA<br>212-687-8181 Fax: 212-972-9432<br>Email:Amaloney@kreindler.Com<br><br>Brian J. Alexander<br>LEAD ATTORNEY;ATTORNEY TO BE NOTICED<br>KREINDLER & KREINDLER LLP<br>485 Lexington Avenue<br>New York, NY 10017<br>USA<br>212-687-8181 Fax: 212-942-9432<br>Email:Balexander@kreindler.Com<br><br>Douglas Alan Latto<br>LEAD ATTORNEY;ATTORNEY TO BE NOTICED<br>SPEISER KRAUSE PC<br>800 Westchester Avenue Suite S-608<br>Rye Brook, NY 10573<br>USA<br>914-220-5333 Email:Dal@speiserkrause.Com<br><br>Kevin P. Durkin<br>LEAD ATTORNEY;ATTORNEY TO BE NOTICED<br>CLIFFORD LAW OFFICES<br>120 N. Lasalle Street Suite 3600<br>Chicago, IL 60602<br>USA<br>312-899-9090 Fax: 312-251-1160 |

|  |  |
|---|---|
|  | Email:Kpd@cliffordlaw.Com |
|  | |
|  | Tracy A. Brammeier |
|  | LEAD ATTORNEY;ATTORNEY TO BE NOTICED |
|  | CLIFFORD LAW OFFICES |
|  | 120 N. Lasalle Street Suite 3600 |
|  | Chicago, IL 60602 |
|  | USA |
|  | 312-899-9090 Email:Tab@cliffordlaw.Com |
|  | |
|  | Vincent C Lesch |
|  | LEAD ATTORNEY;ATTORNEY TO BE NOTICED |
|  | KREINDLER & KREINDLER LLP |
|  | 485 Lexington Ave 28th Floor |
|  | New York, NY 10017 |
|  | USA |
|  | 212-973-3482 Email:Vlesch@kreindler.Com |
|  | |
|  | Robert A. Clifford |
|  | ATTORNEY TO BE NOTICED |
|  | CLIFFORD LAW OFFICES, P.C. |
|  | 120 North Lasalle Street Ste 36th Floor |
|  | Chicago, IL 60602 |
|  | USA |
|  | 312-899-9090 Email:Rac@cliffordlaw.Com |
|  | |
|  | Attorney for Plaintiff, Crafton |
| **American Airlines**, Inc.<br>**Defendant** | William F. Gould<br>LEAD ATTORNEY;ATTORNEY TO BE NOTICED<br>HOLLAND & KNIGHT LLP<br>1800 17th St., Nw 1100<br>Washington, DC 20006<br>USA<br>(202)570-0464 Email:William.Gould@hklaw.Com<br><br>Attorneys for American Airlines, Inc. |
| PSA Airlines, Inc.<br>**Defendant** | William F. Gould<br>LEAD ATTORNEY;ATTORNEY TO BE NOTICED<br>HOLLAND & KNIGHT LLP |

|  |  |
|---|---|
|  | 1800 17th St., Nw 1100<br>Washington, DC 20006<br>USA<br>(202)570-0464 Email:William.Gould@hklaw.Com<br><br>Attorneys for PSA Airlines, Inc. |
| United States of America<br>**Defendant** | Bradley J. Preamble<br>LEAD ATTORNEY;ATTORNEY TO BE NOTICED<br>DOJ-Civ<br>Civil Division, Torts Branch Aviation Space & Admiralty Litigation P.O. Box 14271 Ste Civ-T-Asa<br>Washington, DC 20044-4271<br>USA<br>202-616-4019 Fax: 202-616-4159<br>Email:Bradley.J.Preamble@usdoj.Gov<br><br>Debra Fowler<br>LEAD ATTORNEY;ATTORNEY TO BE NOTICED<br>DOJ-Civ<br>175 N St., N.E. Ste 11.109<br>Washington, DC 20002<br>USA<br>202-616-4025 Fax: 202-616-4002<br>Email:Debra.Fowler@usdoj.Gov<br><br>Ashley Dempsey<br>ATTORNEY TO BE NOTICED<br>DOJ<br>Po Box 14271<br>Washington, DC 20044<br>USA<br>202-616-4024 Email:Ashley.Dempsey@usdoj.Gov<br><br>Gavin Hallisey<br>ATTORNEY TO BE NOTICED<br>DOJ-Civ<br>Torts Branch, Aviation, Space, And Admiralty Section<br>175 N St. Ne Ste 11.224<br>Washington D.C., DC 20002<br>USA<br>202-451-7343 Email:Gavin.Hallisey@usdoj.Gov |

Laine Goodhue
ATTORNEY TO BE NOTICED
DOJ-Civ
Civil Torts 175 N. St. Ne Ste 11.119
Washington, DC 20002
USA
202-213-8664 Email:Laine.M.Goodhue@usdoj.Gov

Attorneys for United States of America