Rev. 11/2020

# UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF COLUMBIA

JOSE ALVARADO MEDINA PIMENTEL

     Plaintiff

        vs.

AMERICAN AIRLINES, INC., ET AL

     Defendant

Civil No.      25-3864   (ACR)

Category  B

## REASSIGNMENT OF CIVIL CASE

The above-entitled case was reassigned on __11/11/2025__ from __Judge Amit P. Mehta__

to __Judge Ana C. Reyes__ by direction of the Calendar Committee.

(Case Related)

<u>JUDGE RUDOLPH CONTRERAS</u>
Chair, Calendar and Case
Management Committee

cc:    Judge Amit P. Mehta    & Courtroom Deputy

      Judge Ana C. Reyes    & Courtroom Deputy

Liaison, Calendar and Case Management Committee